UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JUL -2 AM 8:04



DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

EDER APARICIO-MIGUEL,

                Defendant.

CASE NO. 12-cr-02092-MMA

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Removed Alien Found in the United States (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/28/12

Barbara L. Major
U.S. Magistrate Judge